# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

ODELL WALKER, JR.,

    Plaintiff,

v.                                                              No. CV 20-1294 KRS/CG

ENHANCED RECOVERY COMPANY, LLC,

    Defendant.

## ORDER TO SUBMIT CLOSING DOCUMENTS

**THIS MATTER** is before the Court upon notice that this case has settled. (Doc. 9); (Doc. 10).

**IT IS THEREFORE ORDERED** that the parties shall submit closing documents no later than **March 10, 2021**. If the need for an extension arises, the parties are instructed to file a formal motion on the record.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE