IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ODELL WALKER, JR.,

        Plaintiff,

v.                                                                 No. CV 20-1294 KRS/CG

ENHANCED RECOVERY COMPANY, LLC,

        Defendant.

## ORDER TO SHOW CAUSE

**THIS MATTER** is before the Court on review of the record. On February 5, 2021, Mr. Walker filed a redacted and a non-redacted version of his *Settlement Agreement and Release of Liability* (the "Agreement"), (Doc. 9), (Doc. 10). On February 8, 2021, the Court ordered the parties to submit closing documents by March 10, 2021. (Doc. 11). While this deadline has passed, the parties have not filed closing documents or requested an extension from the Court. The Federal Rules of Civil Procedure permit a plaintiff to dismiss his own case for any reason, provided the defendant has not yet served an answer or a motion for summary judgment. Fed. R. Civ. P. 41(a)(1)(A)(i). The plaintiff's filing of a notice of dismissal in this circumstance would end the case without the need for further action.

    **IT IS THEREFORE ORDERED** that if this case has settled, Mr. Walker shall file a pleading styled "Notice of Voluntary Dismissal," signed by Mr. Walker, on or before **April 9, 2021**.

    **IT IS FURTHER ORDERED** that if this case has not settled, Mr. Walker shall notify the Court of that in writing on or before **April 9, 2021**.

    **IT IS SO ORDERED.**

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE